UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-CR-67-1 |
| ) | |
| BRUCE LEE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRUCE LEE'S THIRD JOINT STATUS REPORT**

Pursuant to the Court's Order of July 8, 2020 the parties submit this joint status report as to defendant Bruce Lee:

1. Defendant's pretrial motions were due on June 25, 2020. The defendant has previously reported that he will not be filing pretrial motions.

2. The government and counsel for defendant Bruce Lee are negotiating a plea agreement in Lee's case, but an agreement is not currently in place. Lee is not asking for a change of plea date at this time.

3. The case is scheduled for trial on November 2, 2020. In the event it appears the case is proceeding to trial, the parties request that the Court schedule a deadline for filing motions in *limine* in advance of trial.

Respectfully Submitted,

/s/Robert L. Rascia
Robert L. Rascia
Attorney for the Defendant Bruce Lee

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/Matthew Schneider
Assistant United States Attorney

Dated: August 4, 2020